UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-CV-3414(JMR/JJG)

Erik Becerra                    )
                                )
            v.                  )     ORDER
                                )
John Doe et al.                 )

This matter is before the Court for consideration of the Report and Recommendation, issued October 6, 2008 [Docket No. 223], by the Honorable Jeanne J. Graham, United States Magistrate Judge. The Report recommended that plaintiff's motions for a preliminary injunction, and to enforce a preliminary injunction, be denied. Plaintiff pro se filed objections pursuant to Local Rule 72.2; although the objections were not timely filed, the Court has considered them.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that plaintiff's motions for a preliminary injunction [Docket No. 65] and to enforce a preliminary injunction [Docket No. 87] are denied.

Dated:  November 19, 2008

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States District Judge